UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| R. CARLETTI, et al., | ) CASE NO. 4:08 CV 2242 |
| | ) |
| Plaintiff, | ) JUDGE PETER C. ECONOMUS |
| | ) |
| v. | ) |
| | ) MEMORANDUM OF OPINION |
| U.S. ARMY CORP. OF ENGINEERS, | ) AND ORDER |
| et al., | ) |
| | ) |
| Defendants. | ) |

On September 22, 2008, plaintiff pro se R. Carletti filed this in forma pauperis action against the U.S. Army Corp. Of Engineers and the U.S. Government. The complaint does not set forth a coherent claim for relief.

Principles requiring generous construction of pro se pleadings are not without limits. Beaudett v. City of Hampton, 775 F.2d 1274, 1277 (4th Cir. 1985). Even liberally construed, the complaint does not contain allegations reasonably suggesting plaintiff might have a valid federal claim, or indeed, even a claim over which the court has jurisdiction. This action is therefore appropriately subject to summary dismissal. Apple v. Glenn, 183 F.3d 477 (6th Cir. 1999).

Accordingly, this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

 S/Peter C. Economus - 11/18/2008
PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE